**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA
against
*Carlos Robles*

(Alias) _____

Please PRINT Clearly

*07-753*
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

TO:   **CLERK OF COURT S.D.N.Y.**

SIR:   YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS   (Please check one)

   1. [ ] CJA     2. [✓] RETAINED     3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT  [ ] NO    [✓] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO. *August*  YR. *1987*

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE *New York* STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK

SIGNATURE _____
PRINT THE FOLLOWING INFORMATION CLEARLY

*James Roth   by Mark I. Cohen, esq*
Attorney for Defendant

_____
Firm name if any

_____
Street address

_____
City           State          Zip

_____
Telephone No

NOTE:  PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186