USDC SDNY
DOCUMENT
...
DATE FILED: 3/21/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
UNITED STATES OF AMERICA

    -against-

FELIX MARIZAN-BRITO, et al.,

                    Defendants.

------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

07 Cr. 753 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    On March 19, 2008, the parties appeared before me for a pre-trial conference, followed by a hearing on defendant Dilenny Duarte's motion to suppress post-arrest statements. The hearing will continue on April 10, 2008, at 2:30 p.m. The Government will brief the Court on the relevant issues by March 28, 2008, and counsel for defendant Duarte will respond by April 4, 2008.

    The next pre-trial conference for all defendants will be held on May 22, 2008 at 4 p.m., and the final pre-trial conference is scheduled for June 4, 2008 at 4 p.m. In the interests of justice, time is excluded until the next pre-trial conference on May 22, 2008.

    SO ORDERED.

Dated:   March 21, 2008
            New York, New York

                                                  ALVIN K. HELLERSTEIN
                                                  United States District Judge